IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| T.D., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1404-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| Respondent. | : | |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 13, 2026 (ECF No. 1), and on November 24, 2026, the Court granted Petitioner's motion to proceed *in forma pauperis* (ECF Nos. 3, 4). Upon initial review, it appears Petitioner may be entitled to a bond hearing under *Hernandez Alvarez v. Warden, Federal Detention Center*, 175 F.4th 1258 (11th Cir. 2026), and the prior precedent of this Court. *See id.* at 1281 (finding 8 U.S.C. § 1225(b)(2) only applies to those aliens "who have not yet entered the United States, but are 'seeking admission' at the border"); *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) (same); *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025) (same).

Respondent shall have seven (7) days to file a Return under 28 U.S.C. § 2243. In the Return, Respondent must specifically state (1) the asserted detention authority for Petitioner, and (2) whether Respondent agrees that Petitioner is entitled to a bond hearing under the cases discussed above. The Court may set a further briefing schedule

once Respondent files the Return.

**SO ORDERED**, this 24th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE